# United States District Court
## District of Nevada (Las Vegas)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00306-PMP-GWF
### Internal Use Only

| | |
|---|---|
| Kelley vs. AU Optronics Corp., et al., | Date Filed: 03/11/2007 |
| Assigned to: Judge Philip M. Pro | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge George W Foley, Jr | Nature of Suit: 410 Anti-Trust |
| Demand: $100,000 | Jurisdiction: Federal Question |
| Cause: 15:2 Antitrust Litigation | |

**Plaintiff**

Mr. Allen Kelley            represented by    **George O West III**
Law Offices of George O. West III
6787 West Tropicana Avenue
Suite 215
LAS VEGAS, NV 89103
702-248-1076
Fax: 702 288-6710
Email: gowesq@cox.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Mr. Allen Kelley            represented by    **George O West III**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corporation**

**Defendant**

**AU Optronics Corporation America**

**Defendant**

**Chi Mei Optoelectronics Co., Ltd.**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

**Chunghwa Picture Tubes, Ltd.**

**Defendant**

Fujitsu Limited, Inc.

**Defendant**

Fujitsu America, Inc.,

**Defendant**

HannStar Display Corporation

**Defendant**

Hitachi, Ltd.

**Defendant**

Hitachi Displays, Ltd.

**Defendant**

Hitachi America, Ltd.

**Defendant**

Idtech Co., Ltd.,

**Defendant**

Idtech USA, Inc.,

**Defendant**

IPSA Alpha Technology, Ltd.,

**Defendant**

LG Philips LCD Company LTD

**Defendant**

LG Philips LCD America, Inc

**Defendant**

Matsushita Electric Industrial Co., Ltd.,

**Defendant**

Panasonic Corporation of North America

**Defendant**

Mitsubishi Electric Corporation

**Defendant**

Mitsubishi Electric & Electronics USA, Inc.,

**Defendant**

NEC Electronics Corporation

**Defendant**

NEC Electronics America, Inc.

**Defendant**

NEC LCD Technologies, Ltd.

**Defendant**

Samsung Electronics Company, Ltd.

**Defendant**

Samsung Electronics America

**Defendant**

Sanyo Electric Co., Ltd.

**Defendant**

Sanyo North America Corporation

**Defendant**

Epson Imaging Devices Corporation

**Defendant**

Seiko Epson Corporation

**Defendant**

Epson America, Inc.

**Defendant**

Epson Electronics America, Inc.

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

S-LCD Corporation

**Defendant**

Syntax-Brillian Corp.

**Defendant**

Toshiba Corporation

**Defendant**

Toshiba America, Inc.

**Defendant**

Toshiba Matsushita Display
Technology Co., Ltd.

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/11/2007 | 1 | COMPLAINT against all plaintiffs (Filing fee $ 350 receipt number 505903), filed by Allen Kelley. Certificate of Interested Parties due by 3/21/2007.(West III, George) (Entered: 03/11/2007) |
| 03/11/2007 |  | Case assigned to Judge Philip M. Pro and George W Foley, Jr. (MAJ) (Entered: 03/12/2007) |
| 03/19/2007 | 2 | CERTIFICATE of Interested Parties *Plaintiff*. (West III, George) (Entered: 03/19/2007) |
| 04/30/2007 | 3 | NOTICE *OF CONDITIONAL MDL TRANSFER ORDER* (West III, George) (Entered: 04/30/2007) |
| 05/14/2007 | 4 | COPY of CTO - 1 ORDER. Signed by Judge MDL M MDL. (AXM) (Entered: 05/17/2007) |
| 06/05/2007 | 5 | Certified Copy of CTO-1 Conditional transfer ORDER. Signed by Judge MDL M MDL on 6/1/07. (AXM) (Entered: 06/05/2007) |
| 06/05/2007 | 6 | LETTER from MDL Panel on 5 CTO-1 Order. Stay is lifted and record is requested by the Northern District of California. (AXM) (Entered: 06/05/2007) |
| 06/05/2007 | 7 | TRANSMITTAL to MDL Panel regarding 6 Letter Request. (AXM) (Entered: 06/05/2007) |