1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE TFT-LCD (FLAT PANEL)
     ANTITRUST LITIGATION

12

Master File No. C07-1827 SI

13
                                                              No. C-07-2796 SI
14    THIS DOCUMENT RELATES TO

15    EMW, Inc. v. LG Philips LCD Co., Ltd. et
      al.                                                     [PROPOSED] ORDER  APPOINTING
16    Case No. C-07-2796 SI and                              INTERIM CLASS COUNSEL FOR THE
                                                             CALIFORNIA INDIRECT PURCHASERS
17    ALL INDIRECT PURCHASER                                 SUBGROUP
      ACTIONS
18
19
20
21
22

23       Plaintiff EMW, Inc.'s Motion To appoint Interim Class Counsel For the California Indirect

24   Purchasers Subgroup came on for hearing on July 10, 2007 before the Honorable Susan Illston.

25   Lingel H. Winters, Esq. and Thomas V. Girardi, Esq. appeared in behalf of plaintiff and the

26   putative class of indirect purchasers.  After reviewing the papers filed and hearing argument by

27   all parties: the court hereby enters the following order:

28

21    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT

2

3    Plaintiff EMW's Motion To Appoint Interim Class Counsel For the California Indirect Purchasers

4    Subgroup is GRANTED and the law firms of Girardi & Keese per Thomas V. Girardi, Esq. and

5    Lingel H. Winters P.C. are appointed interim class counsel for the California Indirect Purchasers

6    Subgroup and putative class.

7

8         Dated:  July ___, 2007          _____

9                                          Honorable Susan Illston
                                           UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28