LINGEL H. WINTERS, ESQ. (SBN 37759)
LAW OFFICES OF LINGEL H. WINTERS
A PROFESSIONAL CORPORATION
One Maritime Plaza, Suite 400
San Francisco, CA  94111
Telephone:     (415) 398-2941
Facsimile:      (415) 393-9887

GIRARDI & KEESE
THOMAS V. GIRARDI (SBN 36603)
1126 Wilshire Blvd.
Los Angeles, CA  90017-1904
Telephone (213) 977-0211

Attorneys for Plaintiff and the Putative Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL)ANTITRUST LITIGATION | **MDL No. M:07-cv-01827 SI** |
| | **Case No. C-07-cv-2796 SI** |
| | **CLASS ACTION** |
| *EMW, Inc. v. LG Philips LCD CO., LTD et al.* Case No. C-07-2796 SI | **MOTION FOR ORDER SHORTENING TIME** |
| THIS DOCUMENT RELATES TO | Date: July 10, 2007 Time: 10:00 a.m. |
| ALL INDIRECT PURCHASER ACTIONS | Hon. Susan Illston Courtroom: 10 |

    Pursuant to Civil Local Rule 6-3, plaintiff and moving party EMW, Inc. moves the Court for an

order shortening time to hear plaintiff's Motion To Appoint Interim Class Counsel For the

California Indirect Purchasers Subgroup.

    On June 4, 2007, plaintiff EMW, Inc. filed its Reply Memorandum Indirect Purchaser

Leadership Proposal of Lingel H. Winters P.C. in the belief that the hearing on various class

motions was firmly set for June 8, 2007 and that there was no further time in which to take

action. On June 5, 2007, the Court continued the motions to July 10, 2007. With this

continuance in hand, plaintiff undertook to engage co-counsel to join in filing its Motion To

Appoint Interim Class Counsel For the California Indirect Purchasers Subgroup. On June 18,

Thomas V. Girardi of Girardi & Keese agreed to join as co-counsel and plaintiff set about

finalizing said Motion. It is believed that said Motion will simplify the case and increase the

manageability and judicial economy for the case, and that therefore, it is in the interest of all

parties and the Court for said Motion to be heard on July 10, 2007.

   Substantial harm or prejudice will occur if the time for hearing the motion is not shortened in

several regards:

   1) The Court and putative classes will be deprived of the appropriate competition among

       law firms for service to them.

   2) The manageability of the indirect purchasers action may be adversely affected by

       consolidated representation of claimants claiming under the laws of 20-30 different

       states. The Motion contends that manageability and commonality can only be achieved

       by subgrouping the various claims.

Some counsel claim that claimants claiming under the differing laws of 20-30 states may

be represented by one consolidated group of attorneys. Plaintiff contends that such

representation could undermine commonality and predominance and lead to conflicts.

Plaintiff contends that there is a natural subgrouping that arises from the complaint in

*Eliasoph v. LG Philips Co, Ltd. et al.*, breaks the claimants down into three natural groups:

1) Subgroup One: California Claims (*Eliasoph* Second, Third Claims)

                    2) SubGroup Two: Claims under Other Repealer States with laws

                        involving "Violations of State Antitrust and Unfair Competition

Laws" – *Eliasoph Fourth Claim)*

3) Subgroup Three: Claims under State laws claimed as "Violations of State Consumer Protection and Unfair Competition Laws – *Eliasoph* Fifth Claim.

In such cases as *Walsh v. Ford Motor Co.* (D.C. Cir. 1986) 807 F.2d 1000, 1017 and *In Re School Asbestos Litigation* 789 F.2d 996 (3rd Cir. 1986), the Courts concluded various and differing state claims may satisfy the predominance and commonality requirement where subgrouping of such State claims in employed.

The Motion also contends that such subgrouping minimizes conflicts.

Since multiple parties are involved in this complex action, the best notice is by ECF and it would be impractical to seek stipulation.

WHEFORE plaintiff prays for an Order Shortening Time for plaintiff's Motion to Appoint Interim Class Counsel For the California Indirect Purchasers Subgroup.


Dated: June 2-1, 2007                    LAW OFFICES OF LINGEL H. WINTERS

                                         A PROFESSIONAL CORPORATION


                                         By: _____

                                         Lingel H. Winters

MOTION FOR ORDER SHORTING TIME