1  LINGEL H. WINTERS, ESQ. (SBN 37759)
   LAW OFFICES OF LINGEL H. WINTERS
2  A PROFESSIONAL CORPORATION
   One Maritime Plaza, Suite 400
3  San Francisco, CA  94111
   Telephone:    (415) 398-2941
4  Facsimile:    (415) 393-9887

5  GIRARDI & KEESE
   THOMAS V. GIRARDI (SBN 36603)
6  1126 Wilshire Blvd.
   Los Angeles, CA  90017-1904
7  Telephone (213) 977-0211

8  Attorneys for Plaintiff and the Putative Class

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12                                          | MDL No. M:07-cv-01827 SI
13 IN RE TFT-LCD (FLAT                      | Case No. 07-cv-2796 SI
   PANEL)ANTITRUST LITIGATION
14 _____          | CLASS ACTION
15                                          | ORDER SHORTENING TIME
   EMW, Inc. v. LG Philips LCD CO., LTD et al.
16 Case No. C-07-2796 SI                     Date: July 10, 2007
                                             Time: 10:00 a.m.
17 THIS DOCUMENT RELATES TO
                                             Hon. Susan Illston
18 ALL INDIRECT PURCHASER ACTIONS            Courtroom: 10
19

20

21 Upon reviewing and considering the Motion for Order Shortening Time of plaintiff EMW, Inc.

22 filed herein, time is hereby ordered shortened for the Court to hear plaintiff's

23 Motion to Appoint Interim Class Counsel For the California Indirect Purchasers Subgroup on

24 July 10, 2007 at 10:00 a.m.

25 Dated:_____2007

26                                  _____
                                              Hon. Susan Illston
27
                                      UNITED STATES DISTRICT COURT
28

                                       4
                    MOTION FOR ORDER SHORTING TIME